Matter of Xiao Bing Xu (2026 NY Slip Op 00569)

Matter of Xiao Bing Xu

2026 NY Slip Op 00569

Decided on February 5, 2026

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:February 5, 2026

PM-29-26
[*1]In the Matter of Xiao Bing Xu, an Attorney. (Attorney Registration No. 4268348.)

Calendar Date:February 2, 2026

Before:Aarons, J.P., Pritzker, Ceresia, Powers and Mackey, JJ.

Xiao Bing Xu, Silver Spring, Maryland, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Xiao Bing Xu was admitted to practice by this Court in 2005 and lists a business address in Orlando, Florida with the Office of Court Administration. Xu now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Xu's application.
Upon reading Xu's affidavit sworn to December 22, 2025 and filed December 26, 2025, and upon reading the January 28, 2026 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Xu is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Aarons, J.P., Pritzker, Ceresia, Powers and Mackey, JJ., concur.
ORDERED that Xiao Bing Xu's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that Xiao Bing Xu's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Xiao Bing Xu is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Xu is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Xiao Bing Xu shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.